A00A1894. IN RE SELLERS.
(545 SE2d 385)

MILLER, Judge.

The petitioner, Joseph Sellers, husband and guardian of Sonja Smith Sellers, filed with the probate court a "PETITION TO COMPROMISE DOUBTFUL CLAIM OF INCAPACITATED ADULT AND MOTION TO APPROVE TRUST." Sonja Sellers suffered a closed head injury in an automobile accident and is incapacitated. The probate court, pursuant to OCGA § 29-2-16 (b), authorized the petitioner to consummate a settlement on behalf of Mrs. Sellers of all claims as a result of the accident. The court further ruled that it was without authority to allow Mr. Sellers as guardian to create a trust intended for the settlement proceeds and denied the petitioner's motion. The petitioner appeals this denial.

OCGA § 29-2-16 (b) states that a court-approved compromise "may involve a structured settlement or *creation of a trust on such terms as the court approves.*" (Emphasis supplied.) Therefore, the probate court had the authority to approve the creation of the trust by the guardian and erred in denying the petitioner's motion on that ground.

*Judgment reversed and case remanded for proceedings consistent with this opinion. Pope, P. J., and Mikell, J., concur.*

DECIDED FEBRUARY 5, 2001.

*Agrippa K. Long III*, for appellant.
*Mark N. Stephen*, for appellee.